*R#151121- Check#3007 - $3.61*

# DIVIDENDS REMITTED TO THE COURT
Check Number 3007 Dated 10/13/10
Case Number 10-10383 - BLANKENSHIP, WILLIAM S.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| American Infosource Lp As Agent for Asta-Vativ<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 000004 | 81.83 | 3.61 |
| ---------- Remittance Total --------------- | | 81.83 | 3.61 |

_signature_

SHELDON STEIN, BANKRUPTCY TRUSTEE

FILED 2010 OCT 14 AM 9:29 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND